IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND, et al._____Plaintiffs,_____v.____GALLAGHER CONCRETE INC. a/k/a HUGH HENRY CONSTRUCTION INC. a/k/a HH CONCRETE INC. and MICHAEL GALLAGHER, an individual,_____Defendants. | Case No. 22-cv-718____Judge Blakey |

## Motion for Entry of Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter Judgment according to Fed. R. Civ. P. 55(b)(2) for Defendants' failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1. Plaintiffs filed their complaint on February 9, 2022 and the summonses and complaints were served on Michael Gallagher on March 7, 2022 via the Legal Process Server. On March 25, 2022, the Court defaulted the Defendants pursuant to Fed. R. Civ. P. 55(a).

2. At all times relevant to this action, the Defendant, Gallagher Concrete Inc. a/k/a Hugh Henry Construction Inc. a/k/a HH Concrete Inc., has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds.

3. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, Gallagher Concrete Inc. a/k/a Hugh Henry Construction Inc. a/k/a HH Concrete Inc. is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Gallagher Concrete Inc. a/k/a Hugh Henry Construction Inc. a/k/a HH Concrete Inc.'s employees and to pay the ERISA contributions based on those hours.

4. Gallagher Concrete Inc. a/k/a Hugh Henry Construction Inc. a/k/a HH Concrete Inc. submitted the monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $108,279.94 for the months of August 2021 through February 2022. Gallagher Concrete Inc. a/k/a Hugh Henry Construction Inc. a/k/a HH Concrete Inc. also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $6,007.57 for the period August 2021 through February 2022. (Exhibit A, affidavit of John Conklin, Audits & Collections Manager)

5. Gallagher Concrete Inc. a/k/a Hugh Henry Construction Inc. a/k/a HH Concrete Inc. owes interest on the unpaid ERISA contributions in the amount of $874.43 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (Exhibit A)

6. Gallagher Concrete Inc. a/k/a Hugh Henry Construction Inc. a/k/a HH Concrete Inc. owes liquidated damages on the unpaid ERISA contributions in the amount of $6,479.68 for the period August 2021 through February 2022 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). (Exhibit A)

7. Gallagher Concrete Inc. a/k/a Hugh Henry Construction Inc. a/k/a HH Concrete Inc. owes the sum of $3,429.25 for necessary and reasonable attorney fees and costs of $512.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit C, affidavit of Daniel P. McAnally)

8. Defendant, Michael Gallagher, is personally liable for the dues of $6,007.57 under the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, et seq. Michael Gallagher is an officer of Gallagher Concrete Inc. a/k/a Hugh Henry Construction Inc. a/k/a HH Concrete Inc. and knowingly permitted and willfully refused to remit dues on behalf of its employees in violation of the Wage Act. 820 ILCS 115/14.

WHEREFORE, Plaintiffs pray that their motion for entry judgment be granted against Gallagher Concrete Inc. a/k/a Hugh Henry Construction Inc. a/k/a HH Concrete Inc. in the amount of $125,582.87 and against Michael Gallagher individually in the amount of $6,007.57.

        Respectively submitted,

        <u>s/ Daniel P. McAnally</u>

        Attorney for Plaintiffs

        Daniel P. McAnally
        McGann, Ketterman & Rioux
        111 E. Wacker Drive - Suite 2300
        Chicago, IL 60601
        (312) 229-1789
        dmcanally@mkrlaborlaw.com